IRENE GREENE, Respondent, *v.* JACOB PHILIPS, Appellant.

(Argued May 11, 1932; decided June 1, 1932.)

*Albert DeRoode* and *David Goldstein* for appellant.

*Nathan Hubbard Stone* and *Joseph Spencer* for respondent.

Appeal dismissed, without costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.